**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    08 C 709

GREGORY STINNETT V. THE CITY OF CHICAGO


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO

| | |
|---|---|
| NAME   JOSEPH F. GRAHAM | |
| SIGNATURE        s/Joseph F. Graham | |
| FIRM   CITY OF CHICAGO EMPLOYMENT AND POLICY LITIGATION DIVISION | |
| STREET ADDRESS   30 NORTH LASALLE STREET, SUITE 1020 | |
| CITY/STATE/ZIP   CHICAGO, ILLINOIS 60602 | |
| ID NUMBER   06256023 | TELEPHONE NUMBER   (312) 744-5126 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☒     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐     NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |