IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY STINNETT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 709 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| | ) | Magistrate Judge Cox |
| THE CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:  Meghan A. Gonnissen
Edward M. Fox
Ed Fox & Associates
300 W. Adams, Suite 330
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that I have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Parties' Joint Status Report**, a copy of which is attached hereto.

DATED at Chicago, Illinois, this 7th day of March, 2008.

Respectfully submitted,

*s/Joseph F. Graham*
JOSEPH F. GRAHAM
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5126