**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Gregory Stinnett
                                 Plaintiff,

v.                                                        Case No.: 1:08−cv−00709
                                                       Honorable Amy J. St. Eve

City of Chicago, The
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 3/12/2008. The court adopts the joint status report. Rule 26(a)(1) disclosures due 3/28/2008. Written discovery to be issued by 4/14/2008. Fact discovery ordered closed by 9/19/2008. Plaintiff's expert disclosures with reports due 9/19/2008. Defendant's expert disclosures with reports due 10/31/2008. Expert discovery ordered closed by 11/28/2008. Dispositive motions with supporting memoranda due by 1/20/2009. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 5/14/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.