IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY STINNETT, | ) | |
| | ) | No. 08 C 709 |
| Plaintiff, | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| THE CITY OF CHICAGO, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  Meghan A. Gonnissen
Ed Fox & Associates
300 West Adams, Suite 330
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **Defendant City of Chicago's Motion To Strike Plaintiff's Request For Punitive And/Or Liquidated Damages,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve or before such other Judge sitting in her place or stead, on the 14th day of April, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 7th day of April, 2008.

Respectfully submitted,

s/ Peter Ahmadian
Peter Ahmadian
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898