IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY STINNETT, | ) | |
| | ) | No. 08 C 709 |
| Plaintiff, | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| THE CITY OF CHICAGO, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

### AMENDED CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused to be served a true and correct copy of **Defendant City of Chicago's Motion To Strike Plaintiff's Request For Punitive And/Or Liquidated Damages** on plaintiff's counsel of record, as identified below, by the United States District Court for Northern District of Illinois, Eastern Division's electronic case filing system, on the 7th day of April, 2008.

Meghan A. Gonnissen
Ed Fox & Associates
300 West Adams, Suite 330
Chicago, Illinois 60606

s/ Peter Ahmadian
Peter Ahmadian
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898