IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY STINNETT, | ) | |
| | ) | No. 08 C 709 |
| Plaintiff, | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| THE CITY OF CHICAGO, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Meghan A. Gonnissen
Ed Fox & Associates
300 West Adams, Suite 330
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on April 7, 2008, the City of Chicago filed its **Defendant's Answer and Defenses to Plaintiff's Complaint** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered via the Court's Electronic Filing System, to the person/entities named above at the address shown on this the 7th day of April, 2008.

Respectfully submitted,

s/ Peter Ahmadian
Peter Ahmadian
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898