**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Gregory Stinnett

        Plaintiff,

v.                Case No.: 1:08−cv−00709
                 Honorable Amy J. St. Eve

City of Chicago, The

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2008:

  MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendant City of Chicago, The to dismiss [14] is entered. Set deadlines/hearing as to motion to dismiss[14] :( Responses due by 4/21/2008, Replies due by 4/28/2008.) Status hearing set for 5/14/2008 at 8:30 AM to stand.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.