UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Gregory Stinnett

                     Plaintiff,

v.                                                   Case No.: 1:08−cv−00709
                                                 Honorable Amy J. St. Eve

City of Chicago, The

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:The Court grants Defendant's unopposed motion [14] to strike Plaintiff's claim for punitive and/or liquidated damages. The Court will not strike Plaintiff's request for "special damages" because Defendant has not moved to strike these damages nor has Defendant made a sufficient legal argument supporting any such claim. See Moriarty v. Svec, 429 F.3d 710, 722 (7th Cir. 2005) (arguments hidden in footnotes are waived). Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.