UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gregory Stinnett

          Plaintiff,

v.                   Case No.: 1:08–cv–00709
                      Honorable Amy J. St. Eve

City of Chicago, The

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/20/2008 and continued to 10/15/08 at 8:30 a.m. All outstanding written discovery must be completed by 9/4/08. Parties' joint oral motion to extend is granted. Fact discovery cutoff extended to 11/7/08. Plaintiff's expert disclosures with reports due 11/7/08. Defendant's expert disclosures with reports due 12/19/08. Expert discovery ordered closed by 1/30/09. Dispositive motions with supporting memoranda due by 3/2/09.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.