IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY STINNETT, | ) | |
| | ) | No. 08 C 709 |
| Plaintiff, | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| THE CITY OF CHICAGO, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:  Meghan Gonnissen
     Ed Fox & Associates
     300 West Adams, Suite 330
     Chicago, Illinois 60605

**PLEASE TAKE NOTICE** that I filed this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Agreed Motion for Entry of a Protective Order, a copy of which is served upon you.

**PLEASE TAKE FURTHER NOTICE** that on **Tuesday, September 16, 2008, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, I will appear before Judge St. Eve or any other judge sitting in her stead in Courtroom 1241, located at 219 South Dearborn Street, Chicago, Illinois and present the attached motion.

DATED: September 9, 2008

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        Corporation Counsel of the City of Chicago

                              By:   *s/ Peter Ahmadian*
                                    PETER AHMADIAN
                                    Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-0898